# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Pennsylvania National Mutual
Casualty Insurance Company,

                    Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

vs.                                         3:11-cv-150

Sharpe Images Inc., And
Nextplans LLC,

                    Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 11, 2012 Order.

Signed: September 11, 2012

Frank G. Johns, Clerk
United States District Court